FILED
IN OPEN COURT

JUL 2 9 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA           )
                                   )
            v.                     )          CRIMINAL NO. 4:24CR15
                                   )
JUAN RAMON VEGA CARDENAS,          )
                                   )
            Defendant.             )

STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1.      Since November 2018, members of the DEA Hampton Post of Duty, in partnership with DEA Bogota, Homeland Security Investigations Norfolk and Coast Guard Investigative Services, have been investigating maritime smuggling operations based on the Pacific coast of Colombia.  Drug trafficking organizations will utilize vessels such as Go-Fast Vessels, (hereafter referred to as GFV), to transport multi-hundred-kilogram shipments of narcotics from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central America or Mexico with the final destination being the United States for distribution.

2.      While on routine patrol in the Eastern Pacific on February 24, 2024, the Coast Guard Cutter MUNRO's (MUNRO) helicopter (helo) detected a target of interest (TOI) GFV approximately 450 nautical miles southwest of Acapulco, Mexico in international waters. MUNRO was patrolling in the vicinity and diverted to intercept.  The helo returned to hot gas with the cutter and the long-range interceptor small boat (LRI) was launched and transited to the

J
R
V
C

last known position of the TOI. The helo was launched after refueling and passed information after visually acquiring the TOI. GFV was reported to have three outboard engines, packages & fuel barrels on deck, and a tarp covering a portion of the bow; there was no indicia of nationality identified. The helo observed the TOI jettison a fuel barrel and utilized warning shots which were effective, and the TOI came to a halt. The LRI arrived on-scene, and a boarding team achieved control of the vessel.

3.      Six individuals were identified, Rudi Euriel Santos Bernal, Juan Manuel Gastelum Valenzuela, Ronny Rosado Alvarez, Juan Ramon Vega Cardenas, Manuel Rodrigo Otero Rivera, And Kennedy Samuel Rivera Flores. No one made a claim of nationality for the vessel and answered in the negative when asked if the vessel had a nationality. There were no indicia of nationality for the vessel, and permission was granted to Treat the Vessel as Without Nationality and conduct a full law enforcement boarding. The boarding team safely located and then transferred all contraband to the cutter; total seizure was 38 bales for an estimated at-sea weight of 1790 kilograms of cocaine, a Schedule II narcotic controlled substance.

Respectfully submitted,
JESSICA D. ABER
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, JUAN RAMON VEGA CARDENAS and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

JUAN RAMON VEGA CARDENAS

I am JUAN RAMON VEGA CARDENAS' attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

Fernando Groene
Attorney for JUAN RAMON VEGA CARDENAS

3